UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CORY FESSLER, et al. ] | |
| ] | |
| v.    ] | No. 1-00-0120 |
| ] | Judge Higgins |
| GILES COUNTY BOARD OF ] | |
| EDUCATION, et al.    ] | |

O R D E R

In accordance with the memorandum contemporaneously entered, the motion (filed April 11, 2001; Docket Entry No. 58) for summary judgment by the defendants, Giles County Board of Education and Sam T. Collins, and the motion (filed April 11, 2001; Docket Entry No. 64) by the defendant, Dan Nugent, for summary judgment are granted.

Accordingly, the plaintiffs' federal claims are dismissed with prejudice.

The entry of this order, the order (Docket Entry No. 15) entered December 21, 2000, the order (Docket Entry No. 19) entered January 8, 2001, and the order (Docket Entry No. 109) entered January 18, 2002, shall constitute the judgment in this action.

It is so ORDERED.

_____
Thomas A. Higgins
United States District Judge
7-27-05